UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

CASE NO.: 15-22577-CIV-ALTONAGA/O'Sullivan

HERBERT E. MATEO,

    Plaintiff,

v.

THE FALLS GAS STATION, INC., a
Florida corporation, JESUS CABRERA, in his
individual capacity, and
LUISA CABRERA, in her
individual capacity,

    Defendants.
_____/

**JOINT MOTION TO APPROVE SETTLEMENT AGREEMENT
AND DISMISS WITH PREJUDICE PLAINTIFF'S COMPLAINT**

    Herbert E. Mateo (hereinafter Plaintiff), and The Falls Gas Station, Inc., Jesus Cabrera, in his individual capacity, and Luisa Cabrera, in her individual capacity (hereinafter "Defendants"), by and through their respective undersigned counsel and pursuant to Local Rule 7.1, Local Rules for the United States District Court Southern District of Florida, hereby file this *Joint Motion to Approve Settlement and Dismiss with Prejudice Plaintiff's Complaint*, and state the following in support thereof:

    1.    Plaintiff filed a complaint claiming Defendants violated the Fair Labor Standards Act (FLSA), as amended, 29 U.S.C. § 201-216, by allegedly failing to pay unpaid overtime compensation, liquidated damages, unlawfully withheld wages, statutory penalties, other damages, and attorney's fees owed to Plaintiff.

    2.    Defendants deny Plaintiff's allegations of unlawful conduct and/or liability.

Case Number: 15-cv-22577-Altonaga/O'Sullivan

3. To avoid the costs and uncertainty of litigation, however, the parties have negotiated a settlement of this matter.

4. Pursuant to *Lynn's Food Stores, Inc. v. United States*, 679 F. 2d 1350 (11th Cir. 1982), claims for wages arising under the FLSA may be settled or compromised only with the approval of the Court or Secretary of Labor. Accordingly, the parties respectfully request that the Court review and approve the parties' settlement agreement attached hereto as Exhibit A.

5. The parties stipulate that the copy of the Settlement Agreement being filed is a true and authentic duplication of the Settlement Agreement the parties executed.

6. The parties also stipulate that the settlement reached between them represents a "fair and reasonable" resolution of Plaintiff's FLSA claims. The parties also stipulate that the settlement reached between them advances judicial economy.

7. The parties further stipulate to the dismissal with prejudice of this action upon approval by the Court of the Settlement Agreement.

**WHEREFORE**, the parties respectfully request that this Court approve the attached Settlement Agreement, and dismiss with prejudice Plaintiff's complaint.

Respectfully submitted this 4th day of September, 2015.

| | |
|---|---|
| /s/ Sundeep K. Mullick | /s/ Miguel Armenteros |
| Sundeep K. Mullick (18175) | Miguel Armenteros (0014929) |
| sunny@kuvinlaw.com | miguel@pbyalaw.com |
| Law Offices of Lowell J. Kuvin, LLC | PERLMAN, BAJANDAS, YEVOLI & ALBRIGHT, P.L. |
| 17 East Flagler Street, Suite 223 | 1000 Brickell Avenue, Suite 600 |
| Miami, Florida 33131 | Miami, Florida 33131 |
| Telephone: (305) 358-6800 | Telephone: (305) 377-0086 |
| Facsimile: (305) 358-6808 | Facsimile: (305) 377-0781 |
| *Attorney for Defendants* | *Attorney for Plaintiff* |

Case Number: 15-cv-22577-Altonaga/O'Sullivan

-3-

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on September 4, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                  s/ *Miguel Armenteros*
                                  *Attorney for Plaintiff*