UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

CASE NO.: 15-22577-CIV-ALTONAGA/O'Sullivan

HERBERT E. MATEO,

    Plaintiff,

v.

THE FALLS GAS STATION, INC., a
Florida corporation, JESUS CABRERA, in his
individual capacity, and
LUISA CABRERA, in her
individual capacity,

    Defendants.
_____/

## AFFIDAVIT AS TO REASONABLE ATTORNEYS' FEES

STATE OF FLORIDA    )
    :ss
COUNTY OF MIAMI-DADE    )

MIGUEL ARMENTEROS, ESQUIRE, who being first duly sworn by me, a Notary Public within and for the County and State aforesaid, deposes and says that he is an attorney at law, duly licensed and admitted to practice and is now engaged in the general practice of law in Miami-Dade County, Florida; that as of the date hereof, he and his law firm have expended approximately 14.20 hours at rates varying between $120.00 and $300.00 per hour on this matter including consultations with the Plaintiff, preparation of demand letter to Defendants, preparation of the Complaint, review of documents produced by Plaintiff and Defendant through informal discovery; reconciliation of the time records produced by both parties; preparation of Statement of Claim, review of all docket entries, preparation of motions, negotiating settlement,



preparation of Settlement Agreement and researching various issues, resulting in attorney's fees in the amount of $3,677.00.   See attached Exhibit "A", Report detailing attorney's fees.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Affiant, MIGUEL ARMENTEROS

***Notary acknowledgment appears on the following page***

STATE OF FLORIDA             )
                             :ss
COUNTY OF MIAMI-DADE         )

The foregoing instrument was acknowledged before me this __18Th__ day of September, 2015 by MIGUEL ARMENTEROS, who is personally known to me or who has produced as identification and who did take an oath.



Notary Public State of Florida
Gisel M Portogues
My Commission EE 156710
Expires 02/08/2016

_____
Notary Public - State of Florida

My Commission Expires:

# Perlman, Bajandas, Yevoli & Albright P.L.

## Listing

**Matter ID: M-2961-001**

Matter Description (First Line): Labor litigation cause of action against The Falls Gas Station, Inc.

| Date | Prof | Matter ID/Client Sort Matter Description Narrative | Activity Code | Component Task Code | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| **Component: T** | | | | | | | |
| 05/01/2015 | ACA | M-2961-001/ Mateo, Herbert Eugenio Labor litigation cause of action against The Falls Gas Station, Inc. | | T | 0.10 | 120.00 | |
| 06/03/2015 | MA | M-2961-001/ Mateo, Herbert Eugenio Labor litigation cause of action against The Falls Gas Station, Inc. Draft initial demand letter to defendants | | T | 2.00 | 300.00 | 600.00 |
| 06/26/2015 | ACA | M-2961-001/ Mateo, Herbert Eugenio Labor litigation cause of action against The Falls Gas Station, Inc. | | T | 0.10 | 120.00 | |

# Perlman, Bajandas, Yevoli & Albright P.L.
## Listing

| Date | Prof | Matter ID/Client Sort<br>Matter Description<br>Narrative | Activity Code | Component Task Code | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 07/07/2015 | RD | M-2961-001/ Mateo, Herbert Eugenio<br>Labor litigation cause of action against The Falls Gas Station, Inc.<br>Review/analyze facts in preparation to draft Complaint. | | T | 2.80 | 250.00 | 700.00 |
| 07/07/2015 | RD | M-2961-001/ Mateo, Herbert Eugenio<br>Labor litigation cause of action against The Falls Gas Station, Inc.<br>Draft FLSA Complaint | | T | 1.30 | 250.00 | 325.00 |
| 07/31/2015 | ACA | M-2961-001/ Mateo, Herbert Eugenio<br>Labor litigation cause of action against The Falls Gas Station, Inc.<br>Reviewed D.E. 8, Defendants' Unopposed Motion for Extension of Time to Respond to Complaint and D.E. 9, Order Scheduling Settlement Conference. | | T | 0.25 | 120.00 | 30.00 |
| 08/04/2015 | ACA | M-2961-001/ Mateo, Herbert Eugenio<br>Labor litigation cause of action against The Falls Gas Station, Inc.<br>Reviewed D.E. 12, Amended Order Scheduling Settlement Conference and telephoned client (left message) regarding same. | | T | 0.25 | 120.00 | 30.00 |
| 08/03/2015 | ACA | M-2961-001/ Mateo, Herbert Eugenio<br>Labor litigation cause of action against The Falls Gas Station, Inc.<br>Reviewed D.E. 10, Order granting in part Motion for Extension of Time to Respond to Complaint and D.E. 11, Order Requiring Scheduling Report and Certificates of Interested Parties. | | T | 0.25 | 120.00 | 30.00 |

# Perlman, Bajandas, Yevoli & Albright P.L.
## Listing

| Date | Prof | Matter ID/Client Sort Matter Description Narrative | Activity Code | Component Task Code | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 07/09/2015 | ACA | M-2961-001/ Mateo, Herbert Eugenio Labor litigation cause of action against The Falls Gas Station, Inc. Reviewed D.E. 1, Complaint, prepared summonses and completed civil cover sheet, reviewed D.E 2, Judge Assignment, D.E. 3 Clerk's Notice. D.E. 4 Issued Summonses and emailed to process server for service of complaint, D.E. 5, Order on Statement of Claim Due and D.E. 6, Clerk's Notice of Docket Correction. | | T | 1.00 | 120.00 | 120.00 |
| 07/23/2015 | ACA | M-2961-001/ Mateo, Herbert Eugenio Labor litigation cause of action against The Falls Gas Station, Inc. Reviewed and assisted in drafting D.E. 7, Statement of Claim. | | T | 0.10 | 120.00 | 12.00 |
| 07/09/2015 | MA | M-2961-001/ Mateo, Herbert Eugenio Labor litigation cause of action against The Falls Gas Station, Inc. Review and revise complaint; confer with A. Carmenate re: service; review various orders. | | T | 0.80 | 300.00 | 240.00 |
| 07/14/2015 | MA | M-2961-001/ Mateo, Herbert Eugenio Labor litigation cause of action against The Falls Gas Station, Inc. Receipt and review of returns of service of process. | | T | 0.30 | 300.00 | 90.00 |
| 07/23/2015 | MA | M-2961-001/ Mateo, Herbert Eugenio Labor litigation cause of action against The Falls Gas Station, Inc. Draft statement of claim | | T | 0.80 | 300.00 | 240.00 |

# Perlman, Bajandas, Yevoli & Albright P.L.
## Listing

| Date | Prof | Matter ID/Client Sort<br>Matter Description<br>Narrative | Activity Code | Component<br>Task Code | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 07/27/2015 | MA | M-2961-001/ Mateo, Herbert Eugenio<br>Labor litigation cause of action against<br>The Falls Gas Station, Inc.<br>Conf call with counsel re: schedule and claim of hours; review time sheets provided. | | T | 0.50 | 300.00 | 150.00 |
| 07/31/2015 | MA | M-2961-001/ Mateo, Herbert Eugenio<br>Labor litigation cause of action against<br>The Falls Gas Station, Inc.<br>Review and confer with O/C re: motion for extension of time. | | T | 0.20 | 300.00 | 60.00 |
| 07/30/2015 | MA | M-2961-001/ Mateo, Herbert Eugenio<br>Labor litigation cause of action against<br>The Falls Gas Station, Inc.<br>Review time sheets provided by client; Redacted for Privilege communications with opposing counsel; draft outline of minimum wage claim | | T | 1.30 | 300.00 | 390.00 |
| 07/29/2015 | MA | M-2961-001/ Mateo, Herbert Eugenio<br>Labor litigation cause of action against<br>The Falls Gas Station, Inc.<br>Conference with opposing counsel re: settlement. | | T | 0.20 | 300.00 | 60.00 |
| 08/11/2015 | MA | M-2961-001/ Mateo, Herbert Eugenio<br>Labor litigation cause of action against<br>The Falls Gas Station, Inc.<br>Conference call with O/C re: settlement. | | T | 0.10 | 300.00 | 30.00 |
| 08/05/2015 | MA | M-2961-001/ Mateo, Herbert Eugenio<br>Labor litigation cause of action against<br>The Falls Gas Station, Inc.<br>Redacted for privilege | | T | 0.30 | 300.00 | 90.00 |

# Perlman, Bajandas, Yevoli & Albright P.L.
## Listing

| Date | Prof | Matter ID/Client Sort Matter Description Narrative | Activity Code | Component Task Code | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 08/18/2015 | MA | M-2961-001/ Mateo, Herbert Eugenio Labor litigation cause of action against The Falls Gas Station, Inc. Settlement conference | | T | 0.70 | 300.00 | 210.00 |
| 08/23/2015 | MA | M-2961-001/ Mateo, Herbert Eugenio Labor litigation cause of action against The Falls Gas Station, Inc. Review and revise settlement agreement. | | T | 0.30 | 300.00 | 90.00 |
| 08/29/2015 | MA | M-2961-001/ Mateo, Herbert Eugenio Labor litigation cause of action against The Falls Gas Station, Inc. Review proposed changes to settlement agreement. | | T | 0.50 | 300.00 | 150.00 |
| 08/25/2015 | ACA | M-2961-001/ Mateo, Herbert Eugenio Labor litigation cause of action against The Falls Gas Station, Inc. Reviewed D.E. 13, Order Requiring Submission of Settlement Agreement for Court Approval, D.E. 14, Administrative Order Closing Case and D.E. 15, Order Cancelling September 11, 2015 Settlement Conference. | | T | 0.25 | 120.00 | 30.00 |
| | | | | Component: T | 14.40 | | 3,701.00 |
| | | Matter Description (First Line): Labor litigation cause of action against The Falls Gas Station, Inc. | | | 16.40 | | 4,136.00 |
| | | | | Matter ID: M-2961-001 | 16.40 | | 4,136.00 |
| | | | | Grand Total: | 16.40 | | $4,136.00 |

9/16/2015 11:22:40 AM

Search for: M-2961-001   Search by: Matter ID   Stage: WIP
Type: (all)

Page 5 of 5