UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-22577-CIV-ALTONAGA/O'Sullivan

**HERBERT EUGENIO MATEO**,

    Plaintiff,

v.

**THE FALLS GAS STATION, INC.**, *et al.*,

    Defendants.

_____/

**AMENDED ORDER APPROVING SETTLEMENT
AND DISMISSING CASE WITH PREJUDICE**[1]

**THIS CAUSE** came before the Court upon the Parties' Amended Joint Motion to Approve Settlement Agreement . . . ("Motion") [ECF No. 18], filed on September 18, 2015. Upon review of the record and the parties' documented basis for a settlement of the FLSA case, including an award of attorney's fees to Plaintiff's counsel, the Court finds settlement of this action is fair and reasonable and the requested fee is fair and reasonable and not grossly excessive. Accordingly, it is

    **ORDERED AND ADJUDGED** as follows:

    1.    The Motion **[ECF No. 18]** is **GRANTED**.

    2.    The Settlement Agreement **[ECF No. 18-3]** between Plaintiff, Herbert Eugenio Mateo, and Defendants, The Falls Gas Station, Jesus Cabrera, and Luisa Cabrera, which has been duly filed as a record of the Court, is **APPROVED** in its entirety.

    3.    This case is **DISMISSED with prejudice**, with each party to bear its own costs and attorney's fees except as otherwise agreed.

    4.    All pending motions are **DENIED as moot**.

---

[1] The original Order incorrectly stated one of the parties' names.

CASE NO. 15-22577-CIV-ALTONAGA/O'Sullivan

    5.    The Court retains jurisdiction to enforce the terms of the Settlement Agreement.

**DONE AND ORDERED** in Miami, Florida, this 21st day of September, 2015.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record